DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                NO. 12-06-00426-CR

NO. 12-06-00427-CR

NO. 12-06-00428-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

THE STATE OF TEXAS,   §          APPEALS FROM THE
THIRD

APPELLANT

 

V.        §          JUDICIAL DISTRICT COURT OF

 

HARRISON JACK HAVENS,

APPELLEE  §          HENDERSON COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM
OPINION

PER CURIAM

            The State of Texas appeals from the
trial court’s orders granting Appellee’s motion to suppress in three separate
cause numbers.  The State has now filed a
motion to dismiss the appeals.  No
decision having been delivered by this Court, the motion is granted, and the
appeals are dismissed in accordance with Texas Rule of Appellate Procedure
42.2.

Opinion delivered April 18, 2007.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

                                                                                                            

(DO
NOT PUBLISH)